FRANK VENTURA, PETITIONER-PETITIONER, v. MARCUS & VOGEL CONSTRUCTION CO., RESPONDENT-RESPONDENT.

*Messrs. Schreiber & Osterweil* for petitioner.

*Mr. Andrew Lawrie* for respondent.

September 21, 1965.   Denied.

HIGHWAY TRAILER COMPANY, PLAINTIFF-PETITIONER, v. DONNA MOTOR LINES, AND MOUNT VERNON FIRE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Kors & Rubin* for petitioner.

*Messrs. Friedman & D'Alessandro* for respondent.

September 21, 1965.   Granted.